IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BETTY PATTON, AS THE WIDOW AND
ON BEHALF OF THE WRONGFUL DEATH
HEIRS OF JAMES PATTON, DECEASED                                       PLAINTIFF

VS                                        CIVIL ACTION NUMBER: 5:06-CV-168DCB-JMR

YAZOO CITY HEALTH & REHABILITATION
CENTER; NATIONAL HERITAGE REALTY,
INC. D/B/A YAZOO CITY HEALTH &
REHABILITATION CENTER; SCOTT LINDSEY;
JENA JOHNSON; BOYD GENTRY;
AND GEORGE MORGAN                                                     DEFENDANTS

## AGREED ORDER OF REMAND

**THIS CAUSE** this day came on joint motion *ore tenus* of the parties, and the court, being advised in the premises, and being further advised that the mandate has issued in the United States Fifth Circuit Court of Appeals case of *Letha M. Gray/Ella Rudd vs Beverly Enterprises-Mississippi, Inc. et al,* Fifth Circuit Case Number: 03-60528, finds that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this cause is remanded to the Circuit Court of Yazoo County, Mississippi.

**SO ORDERED**, this the 7th day of February, 2007.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ William M. Cunningham, Jr.
William M. Cunningham, Jr., Esquire [MSB#99879]
Burns, Cunningham & Mackey PC
50 Saint Emanuel Street
Post Office Box 1583
Mobile, Alabama   36633
Attorneys for Plaintiffs

-2-

   /s/ Sharon Moncure-Cannon
Sharon Moncure-Cannon (MSB #100687)
Wilkins, Stephens & Tipton, P.A.
One LeFleur's Square
4735 Old Canton Road
Post Office Box 13429
Jackson, Mississippi 39236-3429
Phone:  601-366-4343
Fax:  601-981-7608
Attorney for Defendants